UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH BLUVSTEIN and MARCEL BLUVSTEIN,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　–against–<br><br>SIXT RENT A CAR, LLC,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 24-CV-6611 (AS) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action, including all claims and counterclaims, is voluntarily dismissed, with prejudice and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
　　　　December 11, 2024

| | |
|---|---|
| **Dilworth Paxson LLP**<br><br>By: _/s/ Ira N. Glauber_<br>　　Ira N. Glauber<br>Attorneys for Plaintiffs<br>~~99 Park Avenue, Suite 320~~ 485 Lexington Ave., 14th Floor<br>New York, NY 10017<br>(917) 675-4252<br>iglauber@dilworthlaw.com | **LIFFLANDER & REICH LLP**<br><br>By: _Roman E. Gitnik_<br>　　Roman E. Gitnik<br>Attorneys for Defendant<br>425 Madison Avenue, Suite 505<br>New York, NY 10017<br>917.318.4036<br>rgitnik@lifflander.com<br>File No.: S-0024 |