**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RUTH BLUVSTEIN and MARCEL
BLUVSTEIN,

                            Plaintiffs,                        **ORDER**

                      -against-

SIXT RENT A CAR, LLC,

                                              **24-CV-6611 (JW)**

                            Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Dkt. No. 17, which seeks to dismiss all claims in the instant action. As such, this case is **DISMISSED** with prejudice and without costs (including attorneys' fees) to either party.

Within 30 days of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within 30 days. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

**The Clerk of Court is respectfully requested to terminate this case.**

SO ORDERED.

DATED:    New York, New York
             February 18, 2026

                                      _____
                                      JENNIFER E. WILLIS
                                    United States Magistrate Judge